## McCOWAN v. STATE.   (No. 6153.)

(Court of Criminal Appeals of Texas. March 9, 1921.)

**Criminal law ⊝══1131(1)—Appeal dismissed on verified motion of appellant.**

An appeal in a criminal case will be dismissed on the verified motion of the appellant to withdraw his appeal.

Appeal from District Court, Falls County; Prentice Oltorf, Judge.

John McCowan was convicted of assault with intent to murder, and appeals. Appeal dismissed.

R. H. Hamilton, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for assault with intent to murder, and punishment fixed at confinement in the penitentiary for a period of two years.

The verified motion of the appellant to withdraw his appeal has been examined, and in accord therewith the appeal is ordered dismissed.